# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1313
L.T. Case No. 2010-CF-10207-A

_____

TONY OSHAWN MOBLEY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

Tony Oshawn Mobley, Madison, pro se.

No Appearance for Appellee.

August 6, 2024

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and LAMBERT and HARRIS, JJ., concur.

————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————